No. 88–5247.  PENDLETON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5262.  CHALAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 88–5305.  ROBERTS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 88–5355.  GONZALES v. KERBY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 88–5362.  NIMMONS v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 88–5384.  MARSDEN v. MOORE, SHERIFF, CHILTON COUNTY, ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–5447.  HERMANSKI v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5492.  WHITEHEAD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5568.  WATSON v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 88–5590.  SMITH v. SCOTT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–5641.  HIX v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 88–5655.  FERGUSON v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 88–5665.  JONES v. CITY OF ST. LOUIS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–5666.  LAYTON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 88–5675.  ALLEN v. CESARIO ET AL.  C. A. 4th Cir.  Certiorari denied.